7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Eldon S. Cox and Beverly Joyce Cox ––ABOVE MED––<br>*Debtor* | *Bankruptcy Case No.*<br>09–40473–abf13 |
| **Eldon S. Cox**<br>**Beverly Joyce Cox**<br>    Plaintiff(s) | *Adversary Case No.*<br>14–04138–abf |
| v. | |
| **HSBC**<br>**Portfolio Recovery Associates, LLC, assignee of National Capital Management, LLC, assignee of Santander Consumer USA, assignee of HSBC Auto Finance (PRA),by and through its servicing agent, PRA Receiv**<br>    Defendant(s) | |

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: ACCORDINGLY, the Clerk of the Court is ORDERED to enter judgment in favor of Debtors Beverly Joyce Cox and Eldon S. Cox, and against Portfolio Recovery Associates, LLC, in the amount of $2,500. Each party to bear its own costs.



Paige Wymore–Wynn
Acting Court Executive

By: /s/ Beth Graham
        Deputy Clerk

Date of issuance: 8/4/15

Court to serve